Opinion issued April 27, 2010

 











In The

Court of Appeals

For The

First District of Texas






NO. 01-10-00302-CV






IN RE MICHAEL WOLFE, Relator






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION (1)


By petition for writ of mandamus, relator, Michael Wolfe, challenges the trial
court's order granting a petition for deposition to investigate potential claims for the
removal of an elected official. 

We deny the petition for writ of mandamus. All outstanding motions are
overruled as moot. 

Per Curiam 


Panel consists of Chief Justice Radack and Justices Alcala and Higley. 


1. The underlying case is Harris County Department of Education, Angie Chesnut, Roy
Morales, Jim Henley, and Debra Kerner, No. 2010-07021 in the 281st District Court
of Harris County, Texas, the Hon. Sylvia Matthews, presiding.